UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: MARVEN WAMWRIGHT
-against-
Delsha 721 FIFTH 45K LLC.
MARC BENHURI, MOISES KROITORO,
BERTHA EPSTEIN
CADLEROCK JOINT VENTURE
J.P. MORGAN CHASE
                                    Debtor(s)
-----------------------------------------------------------x

ADV PRO-13-1529
Case No. 1-13-43546-ess
Chapter 13

## CERTIFICATE OF SERVICE

The undersigned debtor certifies that on **DECEMBER 2, 2013** a copy of the SUMMONS & COMPLAINT ~~annexed papers was served~~ by depositing same, enclosed in a properly addressed postage-paid envelope, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York. Upon (specify name and mailing address of each party served):

DELSHA 721 5AVE 45K LLC
114 E. 13th. Street FRONT 1
NEW YORK, NY 10011

CADLEROCK JOINT VENTURE
c/o VLOCK & ASSOCIATES, PC.
380 MADISON AVE. 22nd. fl.
NEW YORK, NY 10017

MARC BENHURI
MOISES KROITORO
BERTH EPSTEIN
c/o NATHANIEL B. SMITH
111 BROADWAY
NEW YORK, NY 10006

J.P. MORGAN CHASE
c/o STAGG, TERENZI, CONFUSIONE,
& WARNIK.
401 FRANKLIN AVE. SUITE 300
GARDEN CITY, NY 11530

Dated: 12-2-13'

MEL COOPER
_Mel Cooper_
~~Debtor(s)~~ (signature)

[Stamp: U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK 2013 DEC -2 P 12: RECEIVED]



**Certificate Of Mailing**

From: MARVEN WAMWRIGHT
70A GREENWICH AVE #180
NY, NY 10011

To: NATHANIEL SMITH
111 BROADWAY
NY, NY 10006

PS Form 3817, April 2007 PSN 7530-02-000-9065



**Certificate Of Mail**

From: MARVEN WAMWRIGHT
70A GREENWICH AVE #180
NEW YORK, NY 10011

To: STAGG, TERENZI, CONFUSIONE & WABNIK
401 FRANKLIN AVE SUITE 300
GARDEN CITY, NY 11530

PS Form 3817, April 2007 PSN 7530-02-000-9065



**Certificate Of Mailing**

From: MARVEN WAMWRIGHT
70A GREENWICH AVE #180
NEW YORK, NY 10011

To: DELSHA 721 FIFTH 45K LLC
114 E. 13th ST. FRONT 1
NEW YORK, NY 10003

PS Form 3817, April 2007 PSN 7530-02-000-9065



**Certificate Of Mailing**

From: MARVEN WAMWRIGHT
70A GREENWICH AVE #180
NEW YORK, NY 10011

To: VLOCK & ASSOCIATES
360 MADISON AVE 22nd Fl.
NEW YORK, NY 10017

PS Form 3817, April 2007 PSN 7530-02-000-9065

2013 DEC -2 P 12:37
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
RECEIVED