**Exhibit D**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re

    MARVEN WAMWRIGHT,                       Chapter 13
                                                           Case No. 13-43546-ess
                      Debtor.

------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 13 CASE

       WHEREAS, on June 10, 2013, Marven Wamwright filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

       WHEREAS, the Debtor did not file Notice to Individual Consumer Debtor Under § 342 of the Bankruptcy Code (Official Form B201), Schedule A (Real Property) (Official Form B6A), Schedule D (Creditors Holding Secured Claims) (Official Form B6D), Schedule E (Creditors Holding Unsecured Priority Claims) (Official Form B6E), and Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F) (the "Schedules and Statements"); and

       WHEREAS, pursuant to Bankruptcy Code Section 521(a)(1)(B) and Bankruptcy Rule 1007(c), the Debtor is required to file the Schedules and Statements within 14 days of the Petition Date; and

       WHEREAS, on July 11, 2013, the Clerk of Court served a Final Notice of Section 521 Deficiencies upon the Debtor, the Chapter 13 Trustee, and the Office of the United States Trustee; and

       WHEREAS, the Debtor has not sought an extension of the period within which to file the Schedules and Statements; and

       WHEREAS, on July 29, 2013, this Court issued an order to show cause why the case

should not be dismissed for failure to file the Schedules and Statements; and

WHEREAS, on September 6, 2013, the Court held a hearing on the order to show cause at which the Debtor did not appear; and

WHEREAS, on October 28, 2013, the Court held a hearing on the order to show cause at which the Debtor did not appear;

NOW, THEREFORE, it is hereby

ORDERED, that based on the entire record, the Debtor's case is dismissed for failure to comply with Section 521(a)(1)(B) of the Bankruptcy Code and Bankruptcy Rule 1007(c).



**Dated: Brooklyn, New York**
**October 29, 2013**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

# United States Bankruptcy Court

Eastern District Of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

---

IN RE:                                                              CASE NO: 1-13-43546-ess

    Marven Wamwright

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:         CHAPTER: 13

    xxx-xx-8207

           DEBTOR(s)

---

## NOTICE OF DISMISSAL OF CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above-named debtor(s) having filed a Chapter 13 petition in bankruptcy on June 10, 2013 and an order having been entered by the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on October 29, 2013 for the dismissal of said petition.

You are notified that the petition of the above-named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: October 29, 2013

                                                For the Court, Robert A. Gavin, Jr., Clerk of Court

BLnod [Notice of Dismissal rev.9/23/02]

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: ahoward | Date Created: 10/29/2013 |
| Case: 1−13−43546−ess | Form ID: 227 | Total: 21 |

**Recipients of Notice of Electronic Filing:**
tr      Marianne DeRosa      Derosa@ch13mdr.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Marven Wamwright    390 Eastern Parkway    Apt. 5G    Brooklyn, NY 11225 | |
| smg | Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 | |
| 8057841 | AFNI    P.O. Box 3097    Bloomington, IL 61702 | |
| 8153100 | American InfoSource LP as agent for    DIRECTV, LLC    Mail Station N387    2230 E Imperial Hwy    El Segundo, CA 90245 | |
| 8107895 | American InfoSource LP as agent for    Verizon    PO Box 248838    Oklahoma City, OK 73124−8838 | |
| 8057842 | Capital One Bank    P.O. Box 30281    Salt Lake City, UT 84130 | |
| 8057843 | Credit Collection Service    P.O. Box 9134    Needham, MA 02494 | |
| 8057844 | First Meridiem Mortgage LLC    P.O. Box 27946    New York, NY 10087 | |
| 8057845 | First Premier Bank    3820 N. Louise Avenue    Sioux Falls, SD 57107 | |
| 8057846 | Focus Receivables Management    1130 Northchase Park    Suite 150    Marietta, GA 30067 | |
| 8157759 | Indy Mac Bank    c/o Florida Default Law    9119 Corp Lake Dr 3 FL    Tampa FL 33634 | |
| 8057847 | LVNV Funding LLC    PO Box 10497    Greenville, SC 29603 | |
| 8151063 | LVNV Funding LLC its successors and assigns    c/o Resurgent Capital Services    PO Box 10587    Greenville, SC 29603−0587 | |
| 8057848 | Penn Credit Corp,    916 S. 14th Street    Harrisburg, PA 17104 | |
| 8157758 | Regions Bank    c/o Garrido &Rundquist    2800 Ponce De Leon Blvd    Coral Gables FL 33134 | |
| 8065734 | Rjm Acquisitions Llc    575 Underhill Blvd, Suite 224    Syosset, NY 11791 | |
| 8157757 | US Bank National Assoc    c/o David J Stern PA    900 Spine Is Rd St 400    Plantation FL 33324 | |
| 8057850 | US Bank National Association    As Trustee for Credit Suise, et al.    c/o David J. Stern, PA    900 South Pine Island Road, Suite 400    Plantation, FL 33224 | |
| 8057849 | US Bank National Association    As Trustee for Credit Suise, et al.    c/o Florida Default Law Group    9119 Corporate Lake Drive, 3rd Fl    Tampa, FL 33634 | |
| 8057851 | Verizon    500 Technology Drive    Suite 300    Weldon Springs, MO 63304 | |

    TOTAL: 20