Exhibit F

Case 1-13-01529-ess    Doc 6-6    Filed 12/23/13    Entered 12/23/13 11:25:51

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: MARVEN WAMWRIGHT
-against-
Delsha 721 FIFTH 45K LLC.
MARC BENHURI, MOISES KROITORO,
BERTHA EPSTEIN
CADLEROCK JOINT VENTURE
J.P. MORGAN CHASE
                                      Debtor(s)
------------------------------------------------------------x

ADV PRO-13-1529
Case No. 1-13-43546-ess

Chapter 13

## CERTIFICATE OF SERVICE

The undersigned debtor certifies that on  DECEMBER 2, 2013  a copy of the SUMMONS & COMPLAINT ~~annexed papers was served~~ by depositing same, enclosed in a properly addressed postage-paid envelope, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York. Upon (specify name and mailing address of each party served):

DELSHA 721 5AVE 45K LLC
114 E. 13th. Street FRONT 1
NEW YORK, NY 10011

CADLEROCK JOINT VENTURE
℅ VLOCK & ASSOCIATES, PC
380 MADISON AVE. 22nd. fl.
NEW YORK, NY 10017

MARC BENHURI
MOISES KROITORO
BERTH EPSTEIN
℅ NATHANIEL B. SMITH
111 BROADWAY
NEW YORK, NY 10006

J.P. MORGAN CHASE
℅ STAGG, TERENZI, CONFUSIONE,
& WARNIK.
401 FRANKLIN AVE. SUITE 300
GARDEN CITY, NY 11530

Dated: 12-2-13'

MEL COOPER

*Mel Cooper*
~~Debtor(s)~~ (signature)







