**Exhibit G**

**New York City Department of Finance**
**Office of the City Register**

HELP
[Click help for additional instructions]
Selecting a help option will open new window

**Current Search Criteria:**

**Borough:** MANHATTAN / NEW YORK
**Block:** 1292
**Lot:** 1128     **Unit:** N/A
**Date Range:** To Current Date
**Document Class:** All Document Classes

# Search Results By Parcel Identifier

Records 1 - 28 << previous   next >>    Max Rows 99 ▼       [ Search Options ] [ New BBL Search ] [ Edit Current Search ] [ View Tax Map ]
[Print Index]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2013000465807 | 1128 | ENTIRE LOT | 10/31/2013 | 11/13/2013 9:10:41 AM | POWER OF ATTORNEY | 5 | DELSHAH 721 FIFTH 45K LLC | BOARD OF MANAGERS OF THE TRUMP TOWER CONDOMINIUM | | | | 0 |
| DET IMG | | 2013000463598 | 1128 | ENTIRE LOT | 10/23/2013 | 11/12/2013 9:51:31 AM | DISCHARGE OF TAX LIEN | 4 | THE RESIDENTIAL BOARD OF TRUMP TOWER CONDOMINIUM | | | | | 0 |
| DET IMG | | 2013000458279 | 1128 | ENTIRE LOT | 10/31/2013 | 11/6/2013 2:40:26 PM | POWER OF ATTORNEY | 5 | DELSHAH 721 FIFTH 45K LLC | BOARD OF MANAGERS OF THE FIFTH AVENUE TRUMP CONDO | | | | 0 |
| DET IMG | | 2013000458278 | 1128 | ENTIRE LOT | 10/31/2013 | 11/6/2013 2:40:25 PM | AGREEMENT | 38 | DELSHAH 721 FIFTH 45K LLC | CHILLUM LENDER LLC | | | | 1,714,990 |
| DET IMG | | 2013000458277 | 1128 | ENTIRE LOT | 10/25/2013 | 11/6/2013 2:40:24 PM | ASSIGNMENT, MORTGAGE | 6 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | CHILLUM LENDER LLC | | | | 0 |
| DET IMG | | 2013000458276 | 1128 | ENTIRE LOT | 10/31/2013 | 11/6/2013 2:40:23 PM | DEED | 5 | VLOCK, STEPHEN, ESQ., AS CO-RECEIVER | DELSHAH 721 FIFTH 45K LLC | | ✓ | | 4,100,000 |
| DET IMG | | 2012000472676 | 1128 | ENTIRE LOT | 11/21/2012 | 12/3/2012 2:16:22 PM | LIEN OF COMMON CHARGES | 3 | IMPERIAL CAPITAL, LLC | BOARD OF MANAGERS OF TRUMP TOWER CONDOMINIUM | | | | 0 |
| DET IMG | | 2009000064264 | 1128 | ENTIRE LOT | 2/25/2009 | 3/5/2009 11:28:49 AM | TERM OF LIEN OF COMMON CHARGES | 2 | THE RESIDENTIAL BOARD OF TRUMP TOWER CONDOMINIUM | IMPERIAL CAPITAL LLC | | | | 0 |
| DET IMG | | 2007000632841 | 1128 | ENTIRE LOT | 12/17/2007 | 12/31/2007 11:31:15 AM | LIEN OF COMMON CHARGES | 3 | IMPERIAL CAPITAL LLC | RESIDENTIAL BOARD OF MANAGERS OF TRUMP TOWER CONDO | | | | 0 |
| DET IMG | | 2007000542079 | 1128 | ENTIRE LOT | 4/20/2006 | 10/26/2007 2:52:28 PM | DEED | 4 | COOPER, MEL | IMPERIAL CAPITAL LLC | | | | 0 |
| DET IMG | | 2005000586592 | 1128 | ENTIRE LOT | 8/5/2005 | 10/20/2005 12:11:48 PM | AGREEMENT | 40 | COOPER, MEL | WASHINGTON MUTUAL BANK, FA | | | | 1,980,000 |
| DET IMG | | 2005000586591 | 1128 | ENTIRE LOT | 8/5/2005 | 10/20/2005 12:11:47 PM | MORTGAGE | 29 | COOPER, MEL | WASHINGTON MUTUAL BANK, FA | | | | 33,388 |
| DET IMG | | 2005000586590 | 1128 | ENTIRE LOT | 8/5/2005 | 10/20/2005 12:11:46 PM | DEED | 4 | FIFTH AVENUE 45 CORP. | COOPER, MEL | | | | 0 |
| DET IMG | | 2004000194367 | 1128 | ENTIRE LOT | 1/26/2003 | 4/1/2004 8:37:16 AM | POWER OF ATTORNEY | 4 | FIFTH AVENUE 45 CORP. | RESIDENTIAL BOARD OF TRUMP TOWER CONDO. | | | | 0 |
| DET IMG | | 2004000194366 | 1128 | ENTIRE LOT | | 4/1/2004 8:37:15 AM | UCC3 TERMINATION | 2 | INTERCONTINENTAL HOLDINGS INC. | HSBC BANK USA | | | | 0 |
| DET IMG | | 2004000194365 | 1128 | ENTIRE LOT | 1/26/2004 | 4/1/2004 8:37:14 AM | AGREEMENT | 48 | FIFTH AVENUE 45 CORP. | WASHINGTON MUTUAL BANK, FA | | ✓ | | 1,967,000 |
| DET IMG | | 2004000194364 | 1128 | ENTIRE LOT | 1/23/2004 | 4/1/2004 8:37:13 AM | ASSIGNMENT, MORTGAGE | 4 | HSBC BANK USA | WASHINGTON MUTUAL BANK, FA | | | | 0 |
| DET IMG | | 2004000194363 | 1128 | ENTIRE LOT | 1/26/2004 | 4/1/2004 8:37:12 AM | MORTGAGE | 28 | FIFTH AVENUE 45 CORP. | WASHINGTON MUTUAL BANK, FA | | | | 289,000 |
| DET IMG | | 2004000194362 | 1128 | ENTIRE LOT | 8/7/2002 | 4/1/2004 8:37:11 AM | AGREEMENT | 13 | HSBC BANK USA | INTERCONTINENTAL INVESTMENTS LIMITED | | | | 0 |
| DET IMG | | 2004000194361 | 1128 | ENTIRE LOT | 1/26/2004 | 4/1/2004 8:37:10 AM | DEED | 5 | INTERCONTINENTAL HOLDINGS, INC. | FIFTH AVENUE 45 CORP. | | | | 1,990,000 |
| DET IMG | | 2003000482126 | 1128 | ENTIRE LOT | 10/30/2003 | 12/2/2003 10:59:20 AM | MORTGAGE | 9 | INTERCONTINENTAL HOLDINGS, INC. | HSBC BANK USA | | | | 1,990,000 |
| DET IMG | 1248/785 | | 1128 | ENTIRE LOT | | 6/19/1987 | SUNDRY AGREEMENT | 3 | EMIGRANT SAVINGS BK | | | | | 0 |
| DET IMG | 1248/781 | | 1128 | ENTIRE LOT | | 6/19/1987 | ASSIGNMENT, MORTGAGE | 4 | EMIGRANT SAVINGS BK | ENTERTAINMENT HDNGSINC | | | | 0 |
| DET IMG | 757/1400 | | 1128 | ENTIRE LOT | | 1/23/1984 | RELEASE | 10 | TREQ REALTY CORP. | TRUMP-EQUITABLE ETC. | | | | 0 |
| DET IMG | 707/1009 | | 1128 | ENTIRE LOT | | 8/9/1983 | POWER OF ATTORNEY | 4 | INTERCONTINENTAL ETC. | TRUMP TOWER COND BDMGRS | | | | 0 |
| | 707/1002 | | 1128 | | 8/3/1983 | 8/9/1983 | DEED | 7 | | | | | | 0 |

| DET IMG           | ENTIRE LOT        |           |             | TRUMP-EQUITABLE INTERCONTINENTAL ETC.   ETC. |   |
|-------------------|-------------------|-----------|-------------|----------------------------------------------|---|
| DET      8300/4155 | 1128 ENTIRE LOT  | 3/23/1983 | MAPS        | TRUMP TOWER CONDOMINIUM                      | 0 |
| DET IMG  674/848  | 1128 ENTIRE LOT   | 3/23/1983 | DECLARATION 127 | TRUMP-EQUITABLE ETC.                     | 0 |

[ Search Options ] [ New Parcel Identifier Search ] [ Edit Current Search ] [ View Tax Map ]

Go To: Finance Home Page | NYC.gov Home Page | Contact NYC.gov | FAQs | Privacy Statement | Site Map