**Exhibit H**

REEL **707** PG **1902**

## RESIDENTIAL UNIT DEED

THIS INDENTURE, made the 3ᵈ day of *August* , 198<u>3</u>, between THE TRUMP-EQUITABLE FIFTH AVENUE COMPANY, a joint venture formed under the partnership laws of the State of New York, having an office at 1285 Avenue of the Americas, New York, New York 10019 (the "Grantor") and INTERCONTINENTAL HOLDINGS, INC., having an office at *50   5ᵗᵃ Avenue , New York, New York , 10011*

(the "Grantee"),

### WITNESSETH:

That the Grantor, in consideration of Ten and 00/100 ($10.00) Dollars and other good and valuable consideration paid by the Grantee, does hereby grant and release unto the Grantee, the heirs or successors and assigns of the Grantee, forever:

The Residential Unit (the "Unit") known as Unit No. 45–K   in the premises known as Trump Tower Condominium and by the street numbers 721-725 Fifth Avenue, Borough of Manhattan, City, County and State of New York, said Unit being designated and described as Unit No. 45–K   in the declaration ("Declaration") establishing a plan for condominium ownership of said premises under Article 9-B of the Real Property Law of the State of New York (the "New York Condominium Act"), dated February 24, 1983, and recorded in the New York County office of the Register of The City of New York (the "City Register's Office") on March 23, 1983, in Reel 674, page 848, and also designated as Tax Lot   1128    in Block 1292 of Section 5 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of The City of New York and on the Floor Plans of said building, certified by Swanke Hayden Connell & Partners, Architects, on February 2, 1983, and filed in the City Register's Office on March 23, 1983, as Condominium Plan No. 86. The premises within which the Unit is located are more particularly described in Schedule A attached hereto and made a part hereof. All capitalized terms herein which are not separately defined herein shall have the meanings given to those terms in the Declaration or in the By-Laws of Trump Tower Condominium. (Said By-Laws, as the same may be amended from time to time, are hereinafter referred to as the "By-Laws".)

Together with an undivided   .3124948   % interest in the Common Elements;

Together with the appurtenances and all the estate and rights of the Grantor in and to the Unit;

Together with, and subject to, the rights, obligations, easements, restrictions and other provisions set forth in the Declaration and the By-Laws, all of which shall constitute covenants running with the Land and shall bind any person having at any time any interest or estate in the Unit, as though recited and stipulated at length herein;

Subject also to such other liens, agreements, covenants, easements, restrictions and other matters of record as pertain to the Unit and/or to the Property as more particularly described in Schedule B attached hereto and made a part hereof.

TO HAVE AND TO HOLD the same unto the Grantee, and the heirs or successors and assigns of the Grantee, forever.

If any provision of the Declaration or the By-Laws is invalid under, or would cause the Declaration or the By-Laws to be insufficient to submit the Property to, the provisions of the New York Condominium Act, or if any provision which is necessary to cause the Declaration and the By-Laws to be sufficient to submit the Property to the provisions of the New York Condominium Act is missing from the Declaration or the By-Laws, or if the Declaration and the By-Laws are

REEL **707** PE **1903**

insufficient to submit the Property to the provisions of the New York Condominium Act, the applicable provisions of Article 18 of the Declaration shall control.

Except as otherwise specifically permitted by the Residential Board or provided in the Declaration or the By-Laws, the Unit is intended for residential use only.

The Grantor covenants that the Grantor has not done or suffered anything whereby the Unit has been encumbered in any way whatever, except as aforesaid.

The Grantor, in compliance with Section 13 of the Lien Law of the State of New York, covenants that the Grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the same for any other purposes.

The Grantee accepts and ratifies the provisions of the Declaration and the By-Laws (and any Rules and Regulations adopted under the By-Laws) and agrees to comply with all the terms and provisions thereof.

The term "Grantee" shall be read as "Grantees" whenever the sense of this Indenture so requires.

This conveyance is made in the regular course of business actually conducted by the Grantor.

IN WITNESS WHEREOF, the Grantor and the Grantee have duly executed this Indenture as of the day and year first above written.

THE TRUMP-EQUITABLE FIFTH
AVENUE COMPANY, a Joint Venture

By THE EQUITABLE LIFE ASSURANCE
SOCIETY OF THE UNITED STATES, Venturer

By _Waldeman J. Antoniewi_
Asst. Vice President

By _[signature]_
Donald J. Trump, Venturer

INTERCONTINENTAL HOLDINGS, INC.

By _William C Freeman_
Grantee        President

_____
Grantee

2

REEL **707** PG **1004**

### SCHEDULE A

### DESCRIPTION OF THE LAND

All that certain lot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the Northerly side of East 56th Street with the Easterly side of Fifth Avenue; running

THENCE Easterly along the Northerly side of East 56th Street. 175 feet;

THENCE Northerly and parallel with the Easterly side of Fifth Avenue and part of the distance through a party wall, 100 feet 5 inches, to the center line of the block;

THENCE Westerly along the center line of the block, 50 feet;

THENCE Northerly and parallel with the Easterly side of Fifth Avenue, 15 feet;

THENCE Westerly and parallel with the Northerly side of East 56th Street, 125 feet to the Easterly side of Fifth Avenue; and

THENCE Southerly along the Easterly side of Fifth Avenue, 115 feet 5 inches, to the point or place of BEGINNING.

Said premises being known as 721-725 Fifth Avenue.

3

REEL **707** PG **1905**

## SCHEDULE B

### PERMITTED ENCUMBRANCES

1. Zoning and other regulations, resolutions and ordinances and any amendments thereto now or hereafter adopted.

2. State of facts shown in the survey of the Land and the foundation of the Building made by Earl B. Lovell-S.P. Belcher, Inc. on March 16, 1981 and any additional state of facts which a subsequent survey or personal inspection thereof would show, provided such facts would not prevent the use of the Unit for dwelling purposes.

3. Any state of facts which an accurate survey of the Unit would show, provided such state of facts would not prevent the use of the Unit for dwelling purposes.

4. The terms, burdens, covenants, restrictions, conditions, easements and rules and regulations, all as set forth in the Declaration, the By-Laws and the Rules and Regulations, the Power of Attorney from the Grantee to the Residential Board and the Floor Plans.

5. Consents by the Grantor or any former owner of the Land for the erection of any structure or structures on, under or above any street or streets on which the Land may abut.

6. Any easement or right of use in favor of any utility company for construction, use, maintenance or repair of utility lines, wires, terminal boxes, mains, pipes, cables, conduits, poles and other equipment and facilities on, under and across the Land and Building.

7. Revocability of licenses for vault space, if any, under the sidewalks and streets.

8. Encroachments of stoops, areas, cellar steps or doors, trim, copings, retaining walls, bay windows, balconies, sidewalk elevators, fences, fire escapes, cornices, foundations, footings and similar projections, if any, on, over, or under the Property or the streets or sidewalks abutting the Property and the rights of governmental authorities to require the removal of any such projections and variations between record lines of the Property and retaining walls and the like, if any.

9. Leases and service, maintenance and license agreements, if any, of other Units or portions of the Common Elements.

10. The lien of any unpaid Common Charge, real estate tax, water charge or sewer rent, provided the same are adjusted at the closing of title.

11. The lien of any unpaid assessment payable in installments (other than assessments levied by the Residential Board), except that the Grantor shall pay all such assessments due prior to the Closing Date and the Grantee shall pay all assessments due from and after such date.

12. Covenants and restrictions recorded in the City Register's Office in Liber 1195, Cp. 361; Liber 32, Cp. 360, Section 5; Liber 2330, Cp. 322; Liber 2237, Cp. 44; Liber 2254, Cp. 5; and Liber 58, Cp. 205, Section 5; provided that The Title Guarantee Company ("Title Guarantee") (or such other title insurance company which insures the Grantee's title to the Unit) would be willing, in a fee policy issued by it to the Grantee, to insure the Grantee that there is no condition or provision for forfeiture or reversion of title to the Land, the Building or the Unit.

4

13. Easement Agreement recorded in the City Register's Office in Reel 524 P. 1274.

14. Declaration of Restrictions recorded in the City Register's Office in Reel 529 P. 151 and Waiver of Declaration of Zoning Lot Restrictions recorded in the City Register's Office in Reel 529 P. 161.

15. Declaration of Zoning Lot Restrictions recorded in the City Register's Office in Reel 529 P. 173 and Waiver of Declaration of Zoning Lot Restrictions recorded in the City Register's Office in Reel 529 P. 185.

16. Zoning Lot Description and Ownership Statement recorded in the City Register's Office in Reel 529 P. 188.

17. Obligation to maintain roof terrace on building located at 4-6 East 57th Street, New York, New York, in accordance with lease made by Leonard S. Kandell and Florence Kandell, as landlord, to Trump Enterprises, Inc., as tenant, dated May 1, 1979, recorded in the City Register's Office in Reel 489 P. 1043, as such lease has been assigned and modified by:

(i) Assignment of Lease from Trump Enterprises Inc. to Donald J. Trump, dated May 1, 1979, recorded in the City Register's Office in Reel 489 P. 1110.

(ii) Assignment and Assumption Agreement of Lease from Donald J. Trump to The Trump-Equitable Fifth Avenue Company, dated January 30, 1980, recorded in the City Register's Office in Reel 512 P. 1014.

(iii) Modification of Lease between Leonard S. Kandell, Florence Kandell and The Trump-Equitable Fifth Avenue Company, dated April 21, 1980, recorded in the City Register's Office in Reel 524 P. 1286.

(iv) Modification of Lease between Leonard S. Kandell, Florence Kandell and The Trump-Equitable Fifth Avenue Company, dated June 25, 1980, recorded in the City Register's Office in Reel 529 P. 165.

18. Any other declaration or other instrument affecting the Property which the Grantor deems necessary or appropriate to comply with any law, ordinance, regulation, zoning resolution or requirement of the Department of Buildings, the City Planning Commission, the Board of Standards and Appeals, of any other public authority, applicable to the demolition, construction, alteration, repair or restoration of the Building.

19. Standard exceptions contained in the form of title insurance policy then issued by Title Guarantee (or such other title insurance company insuring the Grantee's title to the Unit).

20. Any encumbrance as to which Title Guarantee (or such other title insurance company which insures the Grantee's title to the Unit) would be willing, in a fee policy issued by it to the Grantee, to insure the Grantee that such encumbrance (a) will not be collected out of the Unit if it is a lien or (b) will not be enforced against the Unit if it is not a lien.

21. Any other encumbrance against the Property other than a mortgage or other lien for the payment of money, which does not prevent the use of the Unit for dwelling purposes.

22. Any lease covering the Unit made from the Grantor to the Grantee.

5

REEL **707** PG **1907**

State of New York )
                  ) ss.:
County of New York )

On this 14th day of June 1983, before me personally came Donald J. Trump, to me known to be the person who executed the foregoing instrument, and who, being duly sworn by me, did depose and say that he is a member of The Trump-Equitable Fifth Avenue Company, a joint venture formed under the partnership laws of the State of New York; that he executed the foregoing instrument in the name of The Trump-Equitable Fifth Avenue Company; that he had authority to sign the same, and he acknowledged to me that he executed the same as and for the act and deed of said joint venture.

NORMA F. FOERDERER
Notary Public, State of New York
No. 31-4743484
Qualified in New York County
Commission Expires March 30, 1985

State of New York )
                  ) ss.:
County of New York )

On the 14th day of , 1983, before me personally came WARENA J. Ambrosio , to me known, who, being by me duly sworn, did depose and say that he resides at 86 CARDINAL DRIVE, OAKLAND NJ 07436 ; that he is the First Vice President of The Equitable Life Assurance Society of the United States, a corporation which is a member of The Trump-Equitable Fifth Avenue Company, the joint venture formed under the partnership laws of the State of New York described in and which executed the foregoing instrument; that he signed h   name thereto by order of the board of directors of said corporation; and that said corporation executed the same as and for the act and deed of said joint venture.

MERYL B. GOLDBERG
Notary Public, State of New York
No. 31-4746100
Qualified in New York County
Commission Expires March 30, 1985    Meryl Goldberg
                                     Notary Public

State of New York )
                  ) ss.:
County of New York )

On the      day of      , 198 , before me personally came      to me known to be the individual   described in and who executed the foregoing instrument; and acknowledged to me that   he executed the same.

_____
Notary Public

State of New York )
                  ) ss.:
County of New York )

On the 3rd day of August , 1983 before me personally came William C. Freeman , to me known, who being by me duly sworn, did depose and say that he resides at No. P.O. Box 524, Rt. 1 Edison NJ , that he is the President of Intercontinental Holdings Inc. 21601 , the corporation described in and which executed the foregoing instrument; and that   he signed his name thereto by order of the board of directors of said corporation.

MERYL B. GOLDBERG
Notary Public, State of New York
No. 31-4746100
Qualified in New York County
Commission Expires March 30, 1985    Meryl Goldberg
                                     Notary Public

6

Comp Jek MD

M-19748

REEL **707** PG **1908**

83 AUG 9 P 2: 11

**RESIDENTIAL UNIT DEED**

CITY REGISTER N.Y. COUNTY

OFFICE OF CITY REGISTER
New York County
RECORDED
Witness my hand
and official seal

*George J. Fiersh*

CITY REGISTER

THE TRUMP-EQUITABLE FIFTH AVENUE COMPANY,

Grantor

**14356**     To

INTERCONTINENTAL HOLDINGS, INC.

Grantee

| | | | |
|---|---|---|---|
| AUG--9-83 | 7 8 0 6 0 | A —Lst | .17.00 |
| AUG--9-83 | 7 8 0 6 1 | — SSTLst | 1,210.00 |
| AUG--9-83 | 7 8 0 6 2 | — Y Lst | 2.00 |

Premises:

Section: 5
Block: 1292
Lot: 1128
County: New York

LOC. VER.



TRANSFER TAX
NEW YORK
COUNTY
AUG 9 1983
REAL ESTATE
$
168 S

R 4160

When Recorded, Return by Mail to:

Margaret Halihan
Donovan Leisure Newton Lurvine
30 Rockefeller Plaza
ny, ny 10012

RECORDED BY
LTIC ASSOC., INC.
41 East 42 Street
NEW YORK, N.Y. 10017
599-2170



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2004021000081001001E2E20

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| Document ID: 2004021000081001 | Document Date: 01-26-2004 | Preparation Date: 02-10-2004 |

Document Type: DEED
Document Page Count: 4

| PRESENTER: | RETURN TO: |
|---|---|
| TEAM EXAMINERS | JEROME GOLDMAN, ESQ. |
| 193 JORALEMON STREET | 150 EAST 58TH STREET, 28TH FLOOR |
| BROOKLYN, NY 11201 | NEW YORK, NY 10155 |
| 718-596-4844 | |
| 03-UGT-1694 SAC TITLE & ABSTRACT CORP. | |

**PROPERTY DATA**

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1292 | 1128 | Entire Lot | 45 K | 721 5 AVENUE |

Property Type: SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN _____ *or* Document ID _____ *or* _____ Year _____ Reel _____ Page _____ *or* File Number _____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| INTERCONTINENTAL HOLDINGS, INC. | FIFTH AVENUE 45 CORP. |
| P.O. BOX 1060, PECK SLIP STATION | C/O JEROME GOLDMAN, ESQ., 150 EAST 58TH |
| NEW YORK, NY 10272 | STREET, 28TH FLOOR |
| | NEW YORK, NY 10155 |

**FEES AND TAXES**

| Mortgage | | | Recording Fee: $ | 57.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 50.00 |
| TAXES: | | | NYS Real Estate Transfer Tax: | |
| County (Basic): | $ | 0.00 | $7,960.00 + $19,900.00 = $ | 27,860.00 |
| City (Additional): | $ | 0.00 | |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** |
| NYCTA: | $ | 0.00 | Recorded/Filed    04-01-2004 08:37 |
| TOTAL: | $ | 0.00 | City Register File No.(CRFN): |

2004000194361

NYC HPD Affidavit in Lieu of Registration Statement

*Rochelle Patrick*

***City Register Official Signature***

New York Bargain and Sale Deed, with Covenant against Grantor's Acts

**THIS INDENTURE,** made as of the 26th day of January, two thousand and four.

**BETWEEN**

> **Intercontinental Holdings, Inc.,** a New York corporation having an address at P.O. Box 1060, Peck Slip Station, New York, New York 10272.

party of the first part, and

> **Fifth Avenue 45 Corp.,** a New York corporation having an address c/o Jerome Goldman, Esq., 150 East 58th Street, 28th Floor, New York, New York 10155.

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars, and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the part of the second part forever,

**ALL** that certain plot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the

> City of New York, County of New York and State of New York, more particularly described in Schedule A annexed hereto and made a part hereof,

**TOGETHER** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; **TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises; **TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been incumbered in any way whatsoever, except as aforesaid.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties"; whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

In presence of:

INTERCONTINENTAL HOLDINGS, INC.

By: _____

Norman Weisman
President

2

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK  )

On the 26th day of January, 2004 before me, the undersigned, a Notary Public in and for said State, personally appeared Norman Weisman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JACQUELINE S. STAVROPOULOS
Notary Public, State of New York
No. 01ST5031472
Qualified in Queens County
Commission Expires October 31, 20 *06*

Section:

Block:        1292

Lot:          1128

City:         New York

County:     New York

Return By Mail To:

Jerome Goldman, Esq.
150 East 58th Street, 28th Floor
New York, New York  10155

3

NYC 474286.1 07583 00047

## SCHEDULE A

### Legal Description

The Residential Unit (the "Unit") known as Unit No. 45-K in the premises known as Trump Tower Condominium and by the street numbers 721-725 Fifth Avenue, Borough of Manhattan, City, County and State of New York, said Unit being designated and described as Unit No. 45-K in the declaration (the "Declaration") establishing a plan for condominium ownership of said premises under Article 9-B of the Real Property Law of the State of New York (the "New York Condominium Act"), dated February 24, 1983, and recorded in the New York County Office of the Register of the City of New York (the "City Register's Office") on March 23, 1983, in Reel 674, Page 848, and also designated as Tax Lot 1128 in Block 1292 of Section 5 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of said building, certified by Swanke Hayden Connell & Partners, Architects, on February 2, 1983 and filed in the City Register's Office on March 23, 1983, as Condominium Plan No. 86. The premises within which the Unit is located are more particularly described below. All capitalized items herein which are not separately defined herein shall have the meanings given to those terms in the Declaration or in the By-Laws of Trump Tower Condominium (said By-laws, as the same may be amended from time to time, are hereinafter referred to as the "By-Laws)".

Together with an undivided .3124948% interest in the Common Elements.

### Description of the Premises

All that certain lot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the Northerly side of East 56th Street with the Easterly side of Fifth Avenue; running

THENCE Easterly along the Northerly side of East 56th Street, 175 feet;

THENCE Northerly and parallel with the Easterly side of Fifth Avenue and part of the distance through a party wall, 100 feet 5 inches, to the center line of the block;

THENCE Westerly along the center line of the block, 50 feet;

THENCE Northerly and parallel with the Easterly side of Fifth Avenue, 15 feet;

THENCE Westerly and parallel with the Northerly side of East 56th Street, 125 feet to the Easterly side of Fifth Avenue; and

THENCE Southerly along the Easterly side of Fifth Avenue, 115 feet 5 inches, to the point or place of BEGINNING.

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2004021000081001001SE0A1

| | | |
|---|---|---|
| **SUPPORTING DOCUMENT COVER PAGE** | | **PAGE 1 OF 1** |

**Document ID: 2004021000081001**     Document Date: 01-26-2004     Preparation Date: 02-10-2004
Document Type: DEED

**SUPPORTING DOCUMENTS SUBMITTED:**

|  | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC
(Rev 11/2002)

| FOR CITY USE ONLY | | |
|---|---|---|
| C1. County Code | | C2. Date Deed Recorded | Month | Day | Year |
| C3. Book | | C4. Page | | |
| OR | | | | |
| C5. CRFN | | | | |

## PROPERTY INFORMATION

**1. Property Location** | 721 | Fifth Avenue | Manhattan | ZIP CODE
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name** | Fifth Avenue 45 Corp.
LAST NAME / COMPANY | FIRST NAME
LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address** | Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY | FIRST NAME
STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed** | 1 # of Parcels OR ☐ Part of a Parcel

**4A. Planning Board Approval - N/A for NYC**
**4B. Agricultural District Notice - N/A for NYC**

Check the boxes below as they apply:
**6. Ownership Type is Condominium** ☒
**7. New Construction on Vacant Land** ☐

**5. Deed Property Size** | FRONT FEET | X | DEPTH | OR | ACRES

**8. Seller Name** | Intercontinental Holdings, Inc.
LAST NAME / COMPANY | FIRST NAME
LAST NAME / COMPANY | FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A | ✓ One Family Residential | C | ☐ Residential Vacant Land | E | ☐ Commercial | G | ☐ Entertainment / Amusement | I | ☐ Industrial |
| B | ☐ 2 or 3 Family Residential | D | ☐ Non-Residential Vacant Land | F | ☐ Apartment | H | ☐ Community Service | J | ☐ Public Service |

## SALE INFORMATION

**10. Sale Contract Date** | 10 / 29 / 2003
Month | Day | Year

**11. Date of Sale / Transfer** | 1 / 26 / 2004
Month | Day | Year

**12. Full Sale Price** | 1,990,000

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| A | ☐ Sale Between Relatives or Former Relatives |
| B | ☐ Sale Between Related Companies or Partners in Business |
| C | ☐ One of the Buyers is also a Seller |
| D | ☐ Buyer or Seller is Government Agency or Lending Institution |
| E | ☐ Deed Type not Warranty or Bargain and Sale (Specify Below ) |
| F | ☐ Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | ☐ Significant Change in Property Between Taxable Status and Sale Dates |
| H | ☐ Sale of Business is Included in Sale Price |
| I | ☐ Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ✓ None |

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** | R4

**16. Total Assessed Value (of all parcels in transfer)** | 2,44,27,2

**17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )**

Block: 1292   Lot: 1128

## CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

Fifth Avenue 45 Corp.

By: *Mel Cooper, Pres.* | 01/26/2004
BUYER SIGNATURE | DATE

721 | Fifth Avenue
STREET NUMBER | STREET NAME (AFTER SALE)

New York | NY
CITY OR TOWN | STATE | ZIP CODE

**BUYER'S ATTORNEY**

Goldman | Jerome
LAST NAME | FIRST NAME

212 | 688-2332
AREA CODE | TELEPHONE NUMBER

**SELLER**

Intercontinental Holdings, Inc.

By: *[signature]* | 01/26/2004
SELLER SIGNATURE | DATE

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York     )
                    ) SS.:
County of New York    )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property located at 721 Fifth Avenue, New York, New York (the "Premises"); located at Block 1292, Lot 1128 in the Borough of Manhattan;

That the Premises is a one- or two-family dwelling, or a cooperative apartment or condominium unit in a one- or two- family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105(g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

Grantor:
INTERCONTINENTAL HOLDINGS, INC.

By: _____
     Norman Weisman
     President

Grantee:
FIFTH AVENUE 45 CORP.

By: _____
     Mel Cooper
     President

Sworn to before me this
26 day of January, 2004.

_____
Notary Public

Sworn to before me this
26 day of January, 2004.

_____
Notary Public

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

JACQUELINE S. STAVROPOULOS
Notary Public, State of New York
No. 01ST5031472
Qualified in Queens County
Commission Expires October 31, 20 _06_

JACQUELINE S. STAVROPOULOS
Notary Public, State of New York
No. 01ST5031472
Qualified in Queens County
Commission Expires October 31, 20 _06_

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



**2005081101166001003EE7A0**

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

**Document ID:** 2005081101166001     Document Date: 08-05-2005     Preparation Date: 10-07-2005
Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| INTEGRITY TITLE AGENCY UNDERWRITER | MEL COOPER |
| STEWART TITLE | 721 FIFTH AVENUE, APT. 45K |
| 654 SHARROTTS ROAD | NEW YORK, NY 10022 |
| PICK-UP | ITA-NY072205016 |
| STATEN ISLAND, NY 10309 | |
| 718-701-6400 | |

### PROPERTY DATA

**Borough**     **Block**   **Lot**     **Unit**     **Address**
MANHATTAN    1292   1128   Entire Lot   45 K    721 FIFTH AVENUE
    **Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN _____ _or_ Document ID _____ _or_   Year _____ Reel ____ Page _____ _or_ File Number _____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| FIFTH AVENUE 45 CORP. | MEL COOPER |
| 721 FIFTH AVENUE | 721 FIFTH AVENUE, UNIT 45K |
| NEW YORK, NY 10022 | NEW YORK, NY 10022 |

### FEES AND TAXES

| Mortgage | | | Recording Fee: $ | 52.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee:  $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing  Fee: | |
| Exemption: | | | $ | 75.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | |
| MTA: | $ | 0.00 | |
| NYCTA: | $ | 0.00 | |
| Additional MRT: | $ | 0.00 | |
| TOTAL: | $ | 0.00 | |

NYC HPD Affidavit in Lieu of Registration Statement

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed     10-20-2005 12:11
City Register File No.(CRFN):
    **2005000586590**

*Annetta M Hill*

*City Register Official Signature*

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made the 5ᵗʰ day of August, 2005

BETWEEN  FIFTH AVENUE 45 CORP., a New York corporation having its principal place of business at 721 Fifth Avenue, New York, N.Y. 10022

party of the first part,  MEL COOPER, residing at 721 Fifth Avenue, Apt 45K, New York, N.Y. 10022

party of the second part,
WITNESSETH, that the party of the first part, in consideration of TEN ($10.00)------------------------------------------
dollars
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City, State of New York and County of Queen and as more fully set forth in Schedule A Description annexed hereto.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

FIFTH AVENUE 45 CORP.

By _Mel Cooper_____
MEL COOPER - President

Policy No.: M 8832 - 893783

# SCHEDULE A
## LEGAL DESCRIPTION

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being The Residential Unit (the "Unit") known as Unit No. 45-K in the premises known as Trump Tower Condominium and by the street numbers 721-725 Fifth Avenue, Borough of Manhattan, City, County and State of New York, said Unit being designated and described as Unit No. 45-K in the declaration (the "Declaration") establishing a plan for condominium ownership of said premises under Article 9-B of the Real Property Law of the State of New York (the "New York Condominium Act"), dated February 24, 1983, and recorded in the New York County Office of the Register of the City of New York (the "City Register's Office") on March 23, 1983, in Reel 674, Page 848, and also designated as Tax Lot 1128 in Block 1292 of Section 5 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of said building, certified by Swanke Hayden Connell & Partners, Architects, on February 2, 1983 and filed in the City Register's Office on March 23, 1983, as Condominium Plan No. 86. The premises within which the Unit is located are more particularly described below. All capitalized items herein which are not separately defined herein shall have the meaning given to those terms in the Declaration or in the By-Laws of Trump Tower Condominium (said By-Laws, as the same may be amended from time to time, are hereinafter referred to as the "By-Laws").

Together with an undivided .3124948% interest in the Common Elements.

SAID PREMISES also being known as      **721 Fifth Avenue, Unit 45K**
                                       **New York, New York**

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE**

State of New York, County of  New York          ss:

On the 5ᵗʰ day of August       in the year 2005
before me, the undersigned, personally appeared
    MEL COOPER
personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is
(are) subscribed to the within instrument and acknowledged to
me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.

_____
        (signature and office of individual taking acknowledgment)

EDWARD STEVEN FELDMAN
Notary Public, State of New York
No. 02FE6118456
Qualified in New York County
Commission Expires Nov. 6, 20__

NO 02FE6118456

State of New York, County of                     ss:

On the        day of              in the year
before me, the undersigned, personally appeared

personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is
(are) subscribed to the within instrument and acknowledged to
me that he/she/they executed the same in his/her/their
capacity(ies), and that by his/her/their signature(s) on the
instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.

_____
        (signature and office of individual taking acknowledgment)

**TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE OUTSIDE NEW YORK STATE**

State (or District of Columbia, Territory, or Foreign Country)                                                              ss:

On the        day of              in the year        before me, the undersigned, personally appeared
personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s)  is (are)
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and
that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted,
executed the instrument, and that such individual made such appearance before the undersigned in the

_____ in _____.
(insert the City or other political subdivision)          (and insert the State or Country or other place the acknowledgment was taken)

_____
        (signature and office of individual taking acknowledgment)

---

**BARGAIN AND SALE DEED**
**WITH COVENANT AGAINST GRANTOR'S ACTS**

Title No. _____

**TO**

SECTION 1292
BLOCK 1128
LOT
COUNTY 721  Fifth Avenue  Unit 45K
        NY, NY 10022

Recorded at Request of
COMMONWEALTH LAND TITLE INSURANCE COMPANY

RETURN BY MAIL TO:

Mel Cooper
721 Fifth Avenue, apt. 45K
New York NY 10022

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS

Distributed by

**Commonwealth**
A LAND AMERICA COMPANY

COMMONWEALTH LAND TITLE INSURANCE COMPANY

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2005081101166001003S2921

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2005081101166001     Document Date: 08-05-2005     Preparation Date: 10-07-2005
Document Type: DEED

**ASSOCIATED TAX FORM ID: 2005080500182**

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**REAL PROPERTY TRANSFER REPORT**

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

(Rev 11/2002)

| FOR CITY USE ONLY | |
|---|---|
| C1. County Code |   | C2. Date Deed Recorded | Month | Day | Year |
| C3. Book OR |   | C4. Page |   |
| C5. CRFN |   | | |

**PROPERTY INFORMATION**

**1. Property Location**
721 | FIFTH AVENUE 45 K | MANHATTAN | 10022
STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

**2. Buyer Name**
COOPER | MEL
LAST NAME / COMPANY | FIRST NAME

LAST NAME / COMPANY | FIRST NAME

**3. Tax Billing Address**
Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY | FIRST NAME

STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**
I # of Parcels OR ☐ Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size**
FRONT FEET | X | DEPTH | OR | ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

**6. Seller Name**
FIFTH AVENUE 45 CORP.
LAST NAME / COMPANY | FIRST NAME

LAST NAME / COMPANY | FIRST NAME

**8. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☑ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
|---|---|---|---|---|
| B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☐ Apartment | H ☐ Community Service | J ☐ Public Service |

**SALE INFORMATION**

**10. Sale Contract Date**
8 / 5 / 2005
Month | Day | Year

**11. Date of Sale / Transfer**
8 / 5 / 2005
Month | Day | Year

**12. Full Sale Price** $

( Full Sale Price is the total amount paid for the property including personal property.
This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations. ) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| A | ☐ Sale Between Relatives or Former Relatives |
|---|---|
| B | ☐ Sale Between Related Companies or Partners in Business |
| C | ☐ One of the Buyers is also a Seller |
| D | ☐ Buyer or Seller is Government Agency or Lending Institution |
| E | ☐ Deed Type not Warranty or Bargain and Sale (Specify Below ) |
| F | ☐ Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | ☐ Significant Change in Property Between Taxable Status and Sale Dates |
| H | ☐ Sale of Business is Included in Sale Price |
| I | ☐ Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ☑ None |

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

**15. Building Class** R, 4
**16. Total Assessed Value** (of all parcels in transfer)

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional Identifier(s) )

MANHATTAN 1292 1128

**CERTIFICATION**
I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**SUYER**

Mel Cooper
BUYER SIGNATURE
Mr. Coop | 8/5/05
DATE

STREET NUMBER | STREET NAME (AFTER SALE)

CITY OR TOWN | STATE | ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME | FIRST NAME

AREA CODE | TELEPHONE NUMBER

**SELLER**

SELLER SIGNATURE | DATE

2005080500182201

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | |
|---|---|---|

**BUYER**

*Mel Cooper*

| BUYER SIGNATURE | DATE 8/4/05 |
|---|---|

**BUYER'S ATTORNEY**

| LAST NAME | FIRST NAME |
|---|---|

721 *not loopy 78th Ave*

| STREET NUMBER | STREET NAME (AFTER SALE) |
|---|---|

| AREA CODE | TELEPHONE NUMBER |
|---|---|

**SELLER**

*NY          NY          10022*

| CITY OR TOWN | STATE | ZIP CODE |
|---|---|---|

| SELLER SIGNATURE | DATE |
|---|---|

2005080500182201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
) SS.:
County of )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 721  FIFTH AVENUE | | 45 K |
|---|---|---|
| Street Address | , | Unit/Apt. |

| MANHATTAN | New York, | 1292 | 1128 | (the "Premises"); |
|---|---|---|---|---|
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or  a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized.)

| | |
|---|---|
| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
| Signature of Grantor | Signature of Grantee |
| Sworn to before me this ___ date of _____ | Sworn to before me this ___ date of _____ |

EDWARD STEVEN FELDMAN
Notary Public, State of New York
No. 02FE6118408

EDWARD STEVEN FELDMAN
Notary Public, State of New York
No. 02FE6118408
Qualified in New York County
Commission Expires Nov. 8, 20 08

These statements are made in the knowledge that a willfully false representation is punishable as a crime under Article A-1 of the Penal Law.

NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.

( 1 )

2005080500182101

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2007102500797001001E29A0

**RECORDING AND ENDORSEMENT COVER PAGE**    **PAGE 1 OF 4**

| | | |
|---|---|---|
| **Document ID:** 2007102500797001 | Document Date: 04-20-2006 | Preparation Date: 10-25-2007 |

Document Type: DEED
Document Page Count: 3

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| WOLVERINE ABSTRACT, LLC | WOLVERINE ABSTRACT, LLC |
| AS AGENT FOR STEWART TITLE INSURANCE | AS AGENT FOR STEWART TITLE INSURANCE |
| COMPANY | COMPANY |
| 276 FIFTH AVENUE SUITE 602 | 276 FIFTH AVENUE SUITE 602 |
| WOV-X-48656-NY-NY | WOV-X-48656-NY-NY |
| NEW YORK, NY 10001 | NEW YORK, NY 10001 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1292 | 1128 Entire Lot | 45K | 721 5 AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN_____ *or* Document ID_____ *or* ____ Year_____ Reel ___ Page _____ *or* File Number_____

**PARTIES**

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| MEL COOPER | IMPERIAL CAPITAL LLC |
| 721 FIFTH AVENUE, UNIT 45K | 5412 LAVENDER COURT |
| NEW YORK, NY 10022 | NORTH LAS VEGAS, NV 89031 |

**FEES AND TAXES**

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 75.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 52.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        10-26-2007 14:52
City Register File No.(CRFN):

**2007000542079**

*Annette M Hill*

***City Register Official Signature***

PF-29 Bargain and Sale Deed, with Covenant against Grantor's Acts – Individual or Corporation (Single Sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

---

**This CONFIRMATORY DEED, made as of April 20, 2006**

**Between**

**Mel Cooper, residing at 721 Fifth Avenue, Unit # 45K, New York, New York  10022**

party of the first part, and

**Imperial Capital LLC, located at 5412 Lavender Court, North Las Vegas, Nevada  89031**
party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the Party of the second part and said heirs and assigns forever,

**All** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of New York County of New York and State of New York, more particularly bounded and described as follows:

### SEE ATTACHED LEGAL DESCRIPTION SCHEDULE "A"

**Block: 1292**

**Lot: 1128**

**Property Address: 721 Fifth Avenue, Unit # 45K**

**Being the same property conveyed to Mel Cooper from Fifth Avenue 45 Corp. in a deed dated August 5, 2005 and  recorded on October 20, 2005 in New York County in CRFN # 2005000586590**

## THIS IS A CONFIRMATORY DEED FOR A DEED THAT WAS DATED AS OF APRIL 20, 2006, WHICH WAS SUPPOSED TO BE RECORDED BUT WAS MISPLACED

Together with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;  Together with the appurtenances and all the estate and rights of the party of the first part in  and to said premise; **To Have And to Hold** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever
**And** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.
**In Witness Whereof,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

*Mel Cooper*
**MEL COOPER**

B: 1292   L: 1128

## SCHEDULE A
## LEGAL DESCRIPTION

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being The Residential Unit (the "Unit") known as Unit No. 45-K in the premises known as Trump Tower Condominium and by the street numbers 721-725 Fifth Avenue, Borough of Manhattan, City, County and State of New York, said Unit being designated and described as Unit No. 45-K in the declaration (the "Declaration") establishing a plan for condominium ownership of said premises under Article 9-B of the Real Property Law of the State of New York (the "New York Condominium Act"), dated February 24, 1983, and recorded in the New York County Office of the Register of the City of New York (the "City Register's Office") on March 23, 1983, in Reel 674, Page 848, and also designated as Tax Lot 1128 in Block 1292 of Section 5 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of said building, certified by Swanke Hayden Connell & Partners, Architects, on February 2, 1983 and filed in the City Register's Office on March 23, 1983, as Condominium Plan No. 86. The premises within which the Unit is located are more particularly described below. All capitalized items herein which are not separately defined herein shall have the meaning given to those terms in the Declaration or in the By-Laws of Trump Tower Condominium (said By-Laws, as the same may be amended from time to time, are hereinafter referred to as the "By-Laws").

Together with an undivided .3124948% interest in the Common Elements.

SAID PREMISES also being known as          **721 Fifth Avenue, Unit 45K**
                                            **New York, New York**

State of New York    County of New York  ss:

On the 24th day of Octbr in the
year 2007 before me personally
appeared

**MEL COOPER**

personally known to me or proved to me on the basis of
satisfactory evidence to be the individual(s) whose name(s) is
(are) subscribed to the within instrument and acknowledged to me
that he/she/they executed the same in his/her/their capacity(ies),
and that by his/her/their signature(s) on the instrument, the
individual(s), or the person on behalf of which the individual(s)
acted, executed the instrument.

NOTARY

JEFFREY S. LENDER
Notary Public - State of New York
No. 02LE6104785
Qualified in New York County
Commission Expires 02/02/20

State of New York    County of _____  ss:

On the _____ day of _____ in the year       ,
_____before me personally appear_____

personally known to me or proved to me on the basis of
satisfactory evidence to be the individual whose name(s) is (are)
subscribed to the within instrument and acknowledged to me that
he/she/they executed the same n his/her/their capacity(ies), and
that by his/her/their signature(s) on the instrument, the
individual(s) or the person upon behalf of which the individual(s)
acted, executed the instrument.

_____

NOTARY

SEAL

BARGAIN AND SALE DEED
WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE NO.  WOY-X-48656-NY-NY

| SECTION | |
|---------|------|
| BLOCK | 1292 |
| LOT | 1128 |
| TOWN | NEW YORK |
| COUNTY | NEW YORK |

RETURN BY MAIL TO:

| MEL COOPER |
| TO |
| IMPERIAL CAPITAL LLC |

**IMPERIAL CAPITAL LLC**
**5412 LAVENDER COURT**
**NORTH LAS VEGAS, NV 89031**

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2007102500797001001SE721

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2007102500797001    Document Date: 04-20-2006    Preparation Date: 10-25-2007
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:** 2007102400253

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**
(Rev 11/2002)

**FOR CITY USE ONLY**

C1. County Code | C2. Date Deed Recorded  / Month / Day / Year

C3. Book OR | C4. Page

C5. CRFN

**PROPERTY INFORMATION**

1. Property Location | 721 | 5 AVENUE 45K | MANHATTAN | 10022
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. Buyer Name | IMPERIAL CAPITAL LLC
   LAST NAME / COMPANY | FIRST NAME
   LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address | Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY | FIRST NAME
   STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed | 1 | # of Parcels OR | Part of a Parcel

   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

   Check the boxes below as they apply:

5. Deed Property Size | FRONT FEET X DEPTH OR ACRES
   6. Ownership Type is Condominium | ✓
   7. New Construction on Vacant Land | ☐

8. Seller Name | COOPER | MEL
   LAST NAME / COMPANY | FIRST NAME
   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

A ✓ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial
B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☐ Apartment | H ☐ Community Service | ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date | 4 / 20 / 2006
    Month Day Year

11. Date of Sale / Transfer | 4 / 20 / 2006
    Month Day Year

12. Full Sale Price $ | 0

( Full Sale Price is the total amount paid for the property including personal property.
This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:

A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ✓ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☐ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class | R, 4 | 16. Total Assessed Value (of all parcels in transfer)

17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )

MANHATTAN 1292 1128

**CERTIFICATION** — I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

x *Mel Cooper* | 10/24/07
BUYER SIGNATURE | DATE

721 | 5th Avenue unit 45K
STREET NUMBER | STREET NAME (AFTER SALE)

New York | N.Y. | 10022
CITY OR TOWN | STATE | ZIP CODE

**BUYER'S ATTORNEY**

LAST NAME | FIRST NAME

AREA CODE | TELEPHONE NUMBER

**SELLER**

x *Mel Cooper* | 10-24-2007
SELLER SIGNATURE | DATE

2007102400253201

# AFFIDAVIT OF COMPLIANCE
## WITH SMOKE DETECTOR REQUIREMENT
## FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York      )
                       ) SS.:
County of **New York** )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 721  5 AVENUE | | | 45K |
|---|---|---|---|
| Street Address | | | Unit/Apt. |
| MANHATTAN | New York, | 1292 | 1128 | (the "Premises"); |
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

_Mel Cooper_
Name of Grantor (Type or Print)

_Mel Cooper ( Imperial Capital LLC)_
Name of Grantee (Type or Print)

_Mel Cooper_
Signature of Grantor

_Mel Cooper_
Signature of Grantee

Sworn to before me
this __24__ date of __Octbr__ __2007__

Sworn to before me
this __24__ date of __Octbr 2007__ 19 ___

JEFFREY S. LENDER
Notary Public - State of New York
No. 02LE6104785
Qualified in New York County
Commission Expires 02/02/20___

SEAL

JEFFREY S. LENDER
Notary Public - State of New York
No. 02LE6104785
Qualified in New York County
Commission Expires 02/02/20___

SEAL

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

(1)

2007102400253101



2013110500784001001E533C

## RECORDING AND ENDORSEMENT COVER PAGE     PAGE 1 OF 5

| | | |
|---|---|---|
| **Document ID:** 2013110500784001 | Document Date: 10-31-2013 | Preparation Date: 11-05-2013 |

Document Type: DEED
Document Page Count: 3

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| FIRST AMERICAN TITLE INSURANCE CO NCS<br>633 THIRD AVENUE<br>3020-630634AS<br>NEW YORK, NY 10017<br>212-850-0652<br>ASCARPA@FIRSTAM.COM | MARTINE SHAW<br>350 FIFTH AVENUE STE 6440<br>NEW YORK, NY 10118 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1292 | 1128 Entire Lot | 45K | 721 5 AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

CRFN_____ *or* DocumentID_____ *or* _____ Year____ Reel____ Page____ *or* File Number_____

### PARTIES

| **GRANTOR/SELLER:** | **GRANTEE/BUYER:** |
|---|---|
| VLOCK, STEPHEN, ESQ., AS CO-RECEIVER<br>380 MADISON AVENUE, 22ND FLOOR<br>NEW YORK , NY 10017 | DELSHAH 721 FIFTH 45K LLC<br>114 EAST 13TH STREET, FRONT 1<br>NEW YORK, NY 10003 |

☒  Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 58,425.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $16,400.00  +  $41,000.00 = $ | 57,400.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| NYCTA: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| Additional MRT: | $ | 0.00 | **CITY OF NEW YORK** | |
| TOTAL: | $ | 0.00 | Recorded/Filed        11-06-2013 14:40 | |
| Recording Fee: | $ | 52.00 | City Register File No.(CRFN): | |
| Affidavit Fee: | $ | 0.00 | **2013000458276** | |

City Register Official Signature



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2013110500784001001C51BC

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | PAGE 2 OF 5 |
|---|---|

**Document ID: 2013110500784001**  Document Date: 10-31-2013  Preparation Date: 11-05-2013
Document Type: DEED

---

**PARTIES**

**GRANTOR/SELLER:**
SMITH, NATHIEL B., ESQ., AS CO-RECEIVER
111 BROADWAY
NEW YORK , NY 10006

3620-630634-1
6-1042
L-1128

**THIS DEED,** made as of the 31st day of October, two thousand thirteen,

**BETWEEN**

STEPHEN VLOCK, ESQ., as Co-Receiver
380 Madison Avenue, 22nd Floor, New York, New York 10017

First American Title
833 Third Avenue
New York, NY 10017
Phone: (212)922-9700
Fax: (212)922-0881

NATHANIEL B. SMITH, ESQ., as Co-Receiver
111 Broadway, New York, New York 10006

duly appointed in the action hereinafter mentioned,

Grantor,

and

DELSHAH 721 FIFTH 45K LLC
114 East 13th Street, Front 1
New York, New York 10003

Grantee,

**WITNESSETH,** that the grantor, the co-receivers appointed in an action between

CadleRock Joint Venture, L.P.,

Plaintiff,

and

David S. Bersson, David Cooper, Mel Cooper, and Sarah C. Hiller,

Defendants,

pursuant to a Stipulation dated February 17, 2011, and pursuant to the Decision and Order of the Appellate Division, First Department, dated January 10, 2013, in consideration of the sum of four million one hundred thousand dollars ($4,100,000), does hereby grant and convey unto the grantee,

### SEE ANNEXED SCHEDULE

**TO HAVE AND TO HOLD** the premises herein granted unto the grantee, its successors and assigns forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

Premises described herein is to be used for residential purposes.

**IN WITNESS WHEREOF,** the grantor has duly executed this deed the day and year first above written.

_____
Co-Receiver/Grantor

_____
Co-Receiver/Grantor

State of New York, County of New York ) *ss:*

On the ___31___ day of October, in the year 2013, before me, the undersigned, personally appeared STEPHEN VLOCK, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(Signature and office of individual taking acknowledgment)

E. VICKY KRYONERIS
NOTARY PUBLIC, State of New York
No. 01KR6089084
Qualified in Nassau County
Commission Expires March 17, 2015

State of New York, County of New York ) *ss:*

On the ___31___ day of October, in the year 2013, before me, the undersigned, personally appeared NATHANIEL B. SMITH, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
(Signature and office of individual taking acknowledgment)

E. VICKY KRYONERIS
NOTARY PUBLIC, State of New York
No. 01KR6089084
Qualified in Nassau County
Commission Expires March 17, 2015

|  |  |  |
|---|---|---|
| **DEED** | **SECTION** | 5 |
|  | **BLOCK** | 1292 |
|  | **LOT** | 1128 |
|  | **COUNTY OR TOWN** | New York |

STEPHEN VLOCK, ESQ., as Co-Receiver and
NATHANIEL B. SMITH, ESQ., as Co-Receiver

TO

DELSHAH 721 FIFTH 45K LLC

**RETURN BY MAIL TO:**

MARTIN SHAW
SHAW & BLECKNER
350 FIFTH AVENUE STE 6440
NEW YORK NY 10118



## SCHEDULE "A"

THE RESIDENTIAL UNIT (THE "UNIT") KNOWN AS UNIT NO. 45K IN THE PREMISES KNOWN AS TRUMP TOWER CONDOMINIUM BEING DESIGNATED AND DESCRIBED AS UNIT NO. 45K IN THE DECLARATION ESTABLISHING A PLAN FOR CONDOMINIUM OWNERSHIP OF SAID PREMISES UNDER ARTICLE 9-B OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK (THE "NEW YORK CONDOMINIUM ACT"), DATED AS OF 02/24/1983 AND RECORDED IN THE NEW YORK COUNTY OFFICE OF THE REGISTER OF THE CITY OF NEW YORK (THE "CITY REGISTER'S OFFICE") ON 03/23/1983 IN REEL 674 PAGE 848 (HEREINAFTER REFERRED TO AS THE "DECLARATION") AND ALSO DESIGNATED AS TAX LOT 1128 IN BLOCK 1292 OF SECTION 5 OF THE BOROUGH OF MANHATTAN ON THE TAX MAP OF THE REAL PROPERTY ASSESSMENT DEPARTMENT OF THE CITY OF NEW YORK AND ON THE FLOOR PLANS OF SAID BUILDING, CERTIFIED BY SWANKE, HAYDEN, CONNELL AND PARTNERS, ARCHITECTS ON 02/02/1983 AND FILED WITH THE REAL PROPERTY ASSESSMENT DEPARTMENT OF THE CITY OF NEW YORK ON 03/18/1983 AS CONDOMINIUM PLAN NO. 86 AND ALSO FILED IN THE CITY REGISTER'S OFFICE ON 03/23/1983 AS CONDOMINIUM PLAN NO. 86, MAP NO. 4155.

TOGETHER WITH AN UNDIVIDED 0.3124948% INTEREST IN THE COMMON ELEMENTS (AS SUCH IS DEFINED IN THE DECLARATION)

THE PREMISES IN WHICH THE UNIT IS LOCATED IS MORE PARTICULARLY BOUNDED AND DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND, SITUATE, LYING AND BEING IN THE BOROUGH OF MANHATTAN, CITY, COUNTY AND STATE OF NEW YORK, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE CORNER FORMED BY THE INTERSECTION OF THE NORTHERLY SIDE OF EAST 56TH STREET WITH THE EASTERLY SIDE OF FIFTH AVENUE;

RUNNING THENCE EASTERLY ALONG THE SAID NORTHERLY SIDE OF EAST 56TH STREET, 175 FEET;

THENCE NORTHERLY PARALLEL WITH SAID EASTERLY SIDE OF FIFTH AVENUE AND PART OF THE DISTANCE THROUGH A PARTY WALL, 100 FEET 5 INCHES TO THE CENTER LINE OF THE BLOCK;

THENCE WESTERLY ALONG SAID CENTER LINE OF THE BLOCK, 50 FEET;

THENCE NORTHERLY PARALLEL WITH THE EASTERLY SIDE OF FIFTH AVENUE, 15 FEET;

THENCE WESTERLY PARALLEL WITH THE NORTHERLY SIDE OF EAST 56TH STREET, 125 FEET TO THE EASTERLY SIDE OF FIFTH AVENUE; AND

THENCE SOUTHERLY ALONG THE EASTERLY SIDE OF FIFTH AVENUE, 115 FEET 5 INCHES TO THE POINT OR PLACE OF BEGINNING.

**THE** policy to be issued under this report will insure the title to such buildings and improvements erected on the premises, which by law constitute real property.

**FOR CONVEYANCING ONLY: TOGETHER** with all the right, title and interest of the party of the first part, of in and to the land lying in the street in front of and adjoining said premises.



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2013110500784001001S9DBD

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2013110500784001**    Document Date: 10-31-2013    Preparation Date: 11-05-2013
Document Type: DEED

**ASSOCIATED TAX FORM ID:**    2013102800146

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 3 |
| SMOKE DETECTOR AFFIDAVIT | 2 |



The City of New York
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY  11373-5108**

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1)  Property receiving service: BOROUGH:  **MANHATTAN**          BLOCK: **1292**          LOT: **1128**

(2)  Property Address: 721  5 AVENUE   Unit 45K, NEW YORK, NY 10022

(3)  Owner's Name:       **DELSHAH 721 FIFTH 45K LLC**

       Additional Name:

## Affirmation:

☑  Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

### Please Note:

**A.**  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

**B.**  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**.  DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way  relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: *Delshah 721 Fifth LLC*                    *10/31/2013*

Signature: _____Date (mm/dd/yyyy)

Name and Title of Person Signing for Owner, if applicable:

ICS-7CRF-ACRIS  REV. 8/08

2013102800146101

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

| FOR CITY USE ONLY | |
| --- | --- |
| **C1. County Code** | **C2. Date Deed Recorded** ___ / ___ / ___ <br> Month  Day  Year |
| **C3. Book OR** **C4. Page** | |
| **C5. CRFN** | |

## PROPERTY INFORMATION

**1. Property Location**   721   5 AVENUE 45K   MANHATTAN   10022
STREET NUMBER        STREET NAME                    BOROUGH      ZIP CODE

**2. Buyer Name**   DELSHAH 721 FIFTH 45K LLC
LAST NAME / COMPANY                        FIRST NAME

LAST NAME / COMPANY                        FIRST NAME

**3. Tax Billing Address**   Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY                        FIRST NAME

STREET NUMBER AND STREET NAME          CITY OR TOWN          STATE   ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**   1   # of Parcels   OR   ☐ Part of a Parcel

**4A. Planning Board Approval - N/A for NYC**
**4B. Agricultural District Notice - N/A for NYC**

Check the boxes below as they apply:
**6. Ownership Type is Condominium**   ☑
**7. New Construction on Vacant Land**   ☐

**5. Deed Property Size**   _____ FRONT FEET   X   _____ DEPTH   OR   _____ ACRES

**8. Seller Name**   VLOCK, STEPHEN, ESQ., AS CO-RECEIVER
LAST NAME / COMPANY                        FIRST NAME

SMITH, NATHIEL B., ESQ., AS CO-RECEIVER
LAST NAME / COMPANY                        FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A ☑ One Family Residential | C ☐ Residential Vacant Land | E ☐ Commercial | G ☐ Entertainment / Amusement | I ☐ Industrial |
| --- | --- | --- | --- | --- |
| B ☐ 2 or 3 Family Residential | D ☐ Non-Residential Vacant Land | F ☐ Apartment | H ☐ Community Service | J ☐ Public Service |

## SALE INFORMATION

**10. Sale Contract Date**   10 / 17 / 2013
Month  Day  Year

**11. Date of Sale / Transfer**   10 / 31 / 2013
Month  Day  Year

**12. Full Sale Price** $   4 1 0 0 0 0 0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.)  *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| A ☐ | Sale Between Relatives or Former Relatives |
| --- | --- |
| B ☐ | Sale Between Related Companies or Partners in Business |
| C ☐ | One of the Buyers is also a Seller |
| D ☐ | Buyer or Seller is Government Agency or Lending Institution |
| E ☐ | Deed Type not Warranty or Bargain and Sale (Specify Below) |
| F ☐ | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G ☐ | Significant Change in Property Between Taxable Status and Sale Dates |
| H ☐ | Sale of Business is Included in Sale Price |
| I ☐ | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J ☑ | None |

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class**   R, 4   **16. Total Assessed Value** (of all parcels in transfer)   2 5 3 0 6 9

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional identifiers )

MANHATTAN 1292 1128

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |
|---|---|

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| *Richard Shah* | 10/31/13 | | |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |

114 EAST 13TH STREET, FRONT 1

| STREET NUMBER | STREET NAME (AFTER SALE) | | AREA CODE | TELEPHONE NUMBER |
|---|---|---|---|---|

| NEW YORK | | | | SELLER | |
|---|---|---|---|---|---|
| | NY | 10003 | | *signature* | 10/31/13 |
| CITY OR TOWN | STATE | ZIP CODE | | SELLER SIGNATURE | DATE |

2013102800146201

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

| | |
|---|---|
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |
| Buyer Signature | Date |

## SELLERS

Seller Signature _[signature]_        Date _10/31/13_

| | |
|---|---|
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |
| Seller Signature | Date |

## AFFIDAVIT OF UNAVAILABILITY OF SMOKE DETECTOR INFORMATION

STATE OF NEW YORK    )
                      ) SS.:
COUNTY OF NEW YORK  )

      STEPHEN VLOCK, ESQ., NATHANIEL B. SMITH, ESQ. and MICHAEL SHAH, being duly sworn, depose(s) and say(s):

      1.    We are, respectively, the Co-Receivers and principal of the grantee of the premises located at 721 FIFTH AVENUE, UNIT 45K, NEW YORK, in Block 1292, Lot 1128, pursuant to Deed executed on October 31, 2013.

      2.    Since the premises were conveyed pursuant to a Court Order and execution on a Judgment, neither the Co-Receivers nor the grantee has any personal knowledge as to the existence of smoke detectors in the premises.

_____
Co-Receiver

_____
Co-receiver

_____

Sworn to before me on October 31, 2013

_____

E. VICKY KRYONERIS
NOTARY PUBLIC, State of New York
No. 01KR6089084
Qualified in Nassau County
Commission Expires March 17, 2015

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York )
                ) SS.:
County of )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 721 5 AVENUE | , | 45K |
|---|---|---|
| **Street Address** | | **Unit/Apt.** |

| MANHATTAN | New York, | 1292 | 1128 | (the "Premises"); |
|---|---|---|---|---|
| **Borough** | | **Block** | **Lot** | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

| | |
|---|---|
| **Name of Grantor** (Type or Print) | **Name of Grantee** (Type or Print) |
| **Signature of Grantor** | **Signature of Grantee** |
| **Sworn to before me** | **Sworn to before me** |
| **this _____date of _____ 20 ____** | **this _____date of _____ 20 ____** |

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2013102800146101