**Exhibit I**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

Chapter 11

-----------------------------------------------------------------X    Case No. 12-13809-smb

In re

        IMPERIAL CAPITAL LLC,

                                        Debtor.

-----------------------------------------------------------------X

## ORDER DISMISSING CASE

Upon the application of CADLEROCK JOINT VENTURE, L.P. ("CJV"), a creditor herein, dated September 19, 2012, and sufficient cause appearing, and a hearing having been held on November 14, 2012, and no opposition having been interposed thereto, it is hereby

ORDERED, that the above-captioned case is hereby dismissed; and it is further

ORDERED, in the event that any party claiming to hold an interest in the real property located at 721 Fifth Avenue, Unit 45K, New York, New York ("Property"), be it legal, equitable, beneficial or possessory, files a subsequent petition for relief under the Bankruptcy Code, or becomes the debtor in an involuntary case under the Bankruptcy Code, within a period of twelve months from the date of this order, such filing will not operate as an automatic stay to prevent CJV, its successors, agents or assigns from exercising their rights with respect to the Property as if no bankruptcy petition had been filed, without prejudice to the right of the debtor or any other party in interest to seek injunctive relief upon appropriate notice and hearing.

Dated:     New York, New York  
             November 16, 2012

                                                                /s/ *Stuart M. Bernstein*  
                                                                STUART M. BERNSTEIN  
                                                                United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004-1408

| | |
|---|---|
| IN RE: Imperial Capital LLC | CASE NO.: 12-13809-smb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 8803 | CHAPTER: 11 |

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Stuart M. Bernstein in this Chapter 11 case.

Imperial Capital LLC was dismissed from the case on November 16, 2012 .

Dated: November 16, 2012

Vito Genna
Clerk of the Court

# Notice Recipients

District/Off: 0208−1             User: gwhite                    Date Created: 11/16/2012
Case: 12−13809−smb               Form ID: 131                    Total: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5991539     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS PURC
                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Imperial Capital LLC     45 Broadway, Suite 1440       New York, NY 10006
ust         United States Trustee    33 Whitehall Street     21st Floor     New York, NY 10004
smg         New York State Tax Commission    Bankruptcy/Special Procedures Section     P.O. Box 5300    Albany, NY 12205−0300
smg         United States Attorney's Office    Southern District of New York    Attention: Tax &Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg         Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
smg         N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551
smg         New York City Dept. Of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719
5945164     AMERICAN SERVICING CO.    3480 STATEVIEW BLVD.    FORT MILL, SC 29715
5945165     GMAC MORTGAGE    PO BOX 830117    BALTIMORE, MD 21283
5945166     INDYMAC BANK    PO BOX 78826    PHOENIX, AZ 85062
5971934     Internal Revenue Service    P O BOX 7346    Philadelphia, PA 19101−7346
5945167     LAW OFFICE OF RONALD WOLF    AND ASSOCIATES, P.L.    PO BOX 25018    TAMPA, FL 33622
5976826     Miami−Dade County Tax Collector    Paralegal Collection Specialist    Miami−Dade Bankruptcy Unit    140 West Flagler Street, Suite 1403    Miami, FL 33130−1575
5945339     Regions Bank    780 Arthur Godfrey Rd    Miami Beach, FL 33140
                                                                                    TOTAL: 14