UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                                                                    Chapter 13

MARVEN WAMWRIGHT,
                                                                                              Case No. 13-43546-ess
        Debtor
-----------------------------------------------------------x

MARVEN WAMWRIGHT,

        Plaintiff
                                                                                              Case No. 13-01529-ess

       - against -

CADLE ROCK JOINT VENTURE, LP
JP MORGAN CHASE, DELSHA 721 FIFTH 45K LLC
MARC BENHURI, MOISES KROITORO
AND BERTHA EPSTEIN,

        Defendants
-----------------------------------------------------------x

**ORDER SCHEDULING CONFERENCE ON**
**APPLICATION FOR ORDER TO SHOW CAUSE**

      WHEREAS, on June 10, 2013, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

      WHEREAS, on January 2, 2014 , the Debtor filed an Application for an Order to Show Cause (the "Application"); and

      WHEREAS, on or about November 18, 2013, Delshah 721 Fifth 45k, LLC ("Delshah") commenced a holdover petition for eviction at 721 5th Avenue, Apartment 45K, New York, NY 10022, (the "Subject Premises"), which was returnable November 26, 2013 and was subsequently adjourned until January 7, 2014; and

WHEREAS, among other relief, the Debtor seeks an order restraining Delshah from taking any further action in connection with the eviction with respect to the Subject Premises.

NOW, THEREFORE, it is hereby

ORDERED, that the Debtor and Delshah are directed to appear at a conference on the Application before the Honorable Elizabeth S. Stong, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 3585, on January 6, 2014, at 1:30 PM; and it is further

ORDERED, that the Debtor shall serve this Order, the Application, and the papers on which it is based, on the Delshah via overnight mail and facsimile to be received by January 3, 2014; and it is further

ORDERED, that a schedule for the filing of opposition and a hearing on these matters may be set at the conference.



Dated: Brooklyn, New York  
January 2, 2014

Elizabeth S. Stong  
United States Bankruptcy Judge